IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>MICHAEL D. HAFFKE,<br><br>            Defendant. | 8:13CR35-JFB-FG3<br><br>**STATEMENT OF PLAINTIFF PURSUANT TO NECrimR. 32.1(b) REGARDING SENTENCING PROCEDURES AND ADOPTION OF THE PRESENTENCE INVESTIGATION REPORT** |

COMES NOW Plaintiff, the United States of America, by and through the undersigned Assistant United States Attorney, and hereby provides this written statement in accordance with NECrimR. 32.1(b), regarding Sentencing Procedures.

Plaintiff hereby adopts the Presentence Investigation Report. Plaintiff anticipates offering no additional evidence at sentencing, other than to rebut or address issues raised by Defendant.

                Respectfully submitted,

                DEBORAH R. GILG
                United States Attorney

                *s/Douglas R. Semisch*
By:  DOUGLAS R. SEMISCH (# 16655)
      Assistant United States Attorney
      1620 Dodge Street, Suite 1400
      Omaha, Nebraska 68102-1506
      (402) 661-3700

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 16, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: James E. Schaefer, Attorney at Law, and was forwarded by e-mail to Julie A. Souhrada-Voss, U.S. Probation Officer, at Julie_Souhrada-Voss@nep.uscourts.gov.

                                             *s/Douglas R. Semisch*
                                       By: DOUGLAS R. SEMISCH
                                           Assistant United States Attorney