IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR35 |
| | ) | |
| vs. | ) | MOTION FOR DOWNWARD |
| | ) | DEPARTURE |
| MICHAEL HAFFKE, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through the United States Attorney for the District of Nebraska and the undersigned Assistant United States Attorney, pursuant to Section 5K1.1 of the Sentencing Guidelines, and hereby moves this Court to depart downward from the Sentencing Guidelines and statutory sentence due to Defendant's substantial assistance to the government.

UNITED STATES OF AMERICA,
Plaintiff

DEBORAH R. GILG
United States Attorney
District of Nebraska

By: *s/Douglas R. Semisch*
DOUGLAS R. SEMISCH (#16655)
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska   68102-1506
(402) 661-3700

CERTIFICATE OF SERVICE

      I hereby certify that on June 14, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that I have emailed a copy of the foregoing to the following: James E. Schaefer, Attorney at Law.

*s/Douglas R. Semisch*
DOUGLAS R. SEMISCH
Assistant U.S. Attorney